UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES J. SELBY,<br>　　　　Plaintiff,<br><br>-v-<br><br>ROBERT NAPEL, ET AL.,<br>　　　　Defendants. | No. 2:09-cv-152<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of the Defendants and against the Plaintiff.

**IT IS ORDERED AND ADJUDGED** that a judgment of "no cause" be rendered in favor of Defendants Robert Napel, Gerald Hofbauer, and James Alexander and against Plaintiff Charles Selby, pursuant to the verdict form completed by the jury.


Date:　April 17, 2015　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge